IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 5:20-CV-481-BO

L.P., a minor and through her guardian, )
et al., )
                                                 Plaintiffs, )
                                                                                  )
v.                                                                         )            O R D E R
                                                                        )
WAKE COUNTY BOARD OF )
EDUCATION, et al., )
                                        Defendants. )

This cause comes before the Court on defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs seeks an opportunity to amend their complaint. Rule 15 of the Federal Rules of Civil Procedure directs that leave to amend a pleading should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). Additionally, a party may amend his pleading once as a matter of course within twenty-one days after service of a motion under Rule 12(b). *Id.* at 15(a)(2).

Because plaintiffs filed their motion to amend within twenty-one days of defendants filing their 12(b)(6) motion to dismiss and could therefore amend their complaint without leave, the Court finds good cause to permit them to file an amended complaint. Plaintiff's motion for leave to file an amended complaint [DE 23] is therefore GRANTED. Plaintiffs shall file their amended complaint not later than fourteen days from the date of entry of this order. Defendants' motion to dismiss [DE 20] the original complaint is therefore DENIED WITHOUT PREJUDICE.

SO ORDERED, this 25 day of March, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE