IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| L.P., by and through her guardians, J.P. and K.P., and J.P. and K.P. individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 5:20-cv-00481-BO |
| WAKE COUNTY BOARD OF EDUCATION et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| WAKE COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| v. | ) ) ) | CASE NO. 5:20-cv-00312-BO |
| L.P., a minor, by and through her parent, Jocelyn Pease, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this consolidated action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, which was approved by Court Order, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties.

This the  3rd   day of August, 2023.

/s/ Stacey Gahagan
Stacey Gahagan
N.C. State Bar No. 44393
Gahagan Paradis, PLLC
3326 Durham Chapel Hill Boulevard
Suite 210-C
Durham, North Carolina 27707
(919) 942-1430
sgahagan@ncgplaw.com


THARRINGTON SMITH, L.L.P.

/s/ Stephen G. Rawson
Stephen G. Rawson
N.C. State Bar No. 41542
Tharrington Smith, LLP
150 Fayetteville St., Suite 1800
P.O. Box 1151
Raleigh, North Carolina 27602
(919) 821-4711
srawson@tharringtonsmith.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STIPULATION FOR DISMISSAL** was electronically filed with the Clerk of the Court using the CM/ECF, which will send notification to the following:

Stephen G. Rawson
Tharrington Smith, L.L.P.
150 Fayetteville Street, suite 1800
P.O. Box 1151
Raleigh, NC 27602
srawson@tharringtonsmith.com
*Counsel for Defendant*

This the   3rd   day of August, 2023.

/s/ Stacey Gahagan
Stacey Gahagan
N.C. State Bar No. 44393
Gahagan Paradis, PLLC
3326 Durham Chapel Hill Boulevard
Suite 210-C
Durham, North Carolina 27707
(919) 942-1430
sgahagan@ncgplaw.com